UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS VACATION FUND,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA FUND and THE NEW
YORK CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and MICHAEL J. FORDE
AS EXECUTIVE SECRETARY-TREASURER,

08 CV 4002 (WHP)
ECF CASE

**NOTICE OF DISMISSAL**

                              Plaintiffs,

        -against-

INTERSTATE PAYROLL COMPANY, INC.,

                              Defendant.
------------------------------------------------------------X

PLEASE TAKE NOTICE, that pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, plaintiffs THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., hereby dismiss the above-captioned action against the defendant, INTERSTATE PAYROLL COMPANY, INC., without prejudice and without costs to any party.

Dated:  New York, New York
        May 21, 2008

                                    Yours, etc.,

                                    O'DWYER & BERNSTIEN, LLP

                              By:   _____
                                    ANDREW GRABOIS (AG 3192)
                                    Attorneys for Plaintiffs
                                    52 Duane Street
                                    New York, New York 10007
                                    (212) 571-7100

The Clerk of Court is directed to mark this case closed.

6/18/2008